WRIGHT, FINLAY & ZAK, LLP
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Ave., Ste. 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
ccrowton@wrightlegal.net
*Attorney for Defendant, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCUS MAYS,<br><br>            Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; NEVADA ASSOCIATION SERVICES, INC.<br><br>            Defendants. | Case No.: 2:14-cv-01593-APG-CWH<br><br>**RESPONSE TO THE ORDER TO SHOW CAUSE FILED ON JUNE 16, 2015** |

  Chelsea A. Crowton, Esq. hereby provides a response to the Order to Show Cause filed by the Court on June 16, 2015.  I filed a Request for Decision on December 24, 2014.  It was the policy of Wright, Finlay & Zak, LLP to file Requests for Decision on a fully briefed dispositive motion after 60 days in order to bring to that to the Court's attention.  This policy was amended to reflect Local Rule 7-6(b), Ex Parte Communications, which provides:

> (b)  Any … counsel may send a letter to the Court at the expiration of sixty (60) days after any matter has been, or should have been, fully briefed if the Court has not entered its written ruling. If such a letter has been sent and a written ruling still has not been entered one hundred twenty (120) days after the matter has been or should have been fully briefed, any unrepresented party or counsel may send a letter to the Chief Judge, who shall inquire of the judge about the status of the matter.
>
> Copies of all such letters must be served upon all other counsel and unrepresented parties.

  The filings of any Requests for Decision were not done with any intent to cause the Court to expend any additional time dealing with improper pleadings or requests to the Court.  I am in the process of identifying the cases that have previously filed Requests for Decision and

withdrawing the Requests for Decision, for on June 29, 2015 our office filed a Notice of Withdrawal in Case No. 15-cv-00387.  I did not intend, when filing the Request for Decision, for the document to be taken as an insult to the Court.  I am taking the appropriate steps to remedy the situation and state before the Court that no new Requests for Decision have been filed since the Court rendered its decision in the herein case.

Based on the above, I respectfully request the Court to not grant any sanctions against me for the filing of the Request for Decision in the above-entitled Court.

DATED this 30th day of June, 2015.

WRIGHT, FINLAY & ZAK, LLP

/s/ Chelsea A. Crowton, Esq.
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Ave., Ste. 200
Las Vegas, Nevada 89117

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that service of the foregoing **RESPONSE TO THE ORDER TO SHOW CAUSE FILED ON JUNE 16, 2015** was made on the 30th day of June, 2015, via CM/ECF and on the 1st day of July, 2015 by depositing a true copy of same in the United States Mail, at Las Vegas, Nevada, addressed as follows:

Marcus Mays
7885 West Flamingo Road #1142
Las Vegas, Nevada 89147
*Plaintiff Pro Se*

/s/ Chelsea A. Crowton
An Employee of WRIGHT, FINLAY & ZAK, LLP