**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARCUS MAYS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OCWEN LOAN SERVICING LLC and<br>NEVADA ASSOCIATION SERVICES INC.,<br><br>　　　　　Defendants. | Case No. 2:14-CV-01593-APG-CWH<br><br>**ORDER** |

On June 15, 2015, I dismissed plaintiff Marcus Mays' complaint and ordered him to file an amended complaint within 14 days if he could allege facts supporting his claims. (Dkt. #28.) Mays did not file an amended complaint.

IT IS THEREFORE ORDERED that the Clerk of Court close this case.

DATED this 5th day of October, 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE