AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Marcus Mays

                      Plaintiff,

        V.

Ocwen Loans Servicing, LLC, et al.

                      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-01593-APG-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that judgment is found in favor of Defendants and against Plaintiff, Marcus Mays.

October 5, 2015

Date

/s/ Lance S. Wilson

Clerk

/s/ Patti Smythe

(By) Deputy Clerk